*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 30, 1997

CONNECTICUT NATIONAL BANK ET AL. *v.* LOUIS D'ONOFRIO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 199 (AC 14201/ 16141), is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Joseph Glass,* in support of the petition.

*Leanne M. Larson,* in opposition.

Decided September 30, 1997

WILLIAM C. MUNROE ET AL. *v.* EMHART CORPORATION ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 37 (AC 15065/15277), is denied.

*Michael S. Taylor,* in support of the petition.

*David G. Hetzel, Dennis O. Brown* and *Michael P. Thompson,* in opposition.

Decided September 30, 1997

WILLIAM C. MUNROE ET AL. *v.* EMHART CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 37 (AC 15065/ 15277), is denied.

*David G. Hetzel, Dennis O. Brown* and *Michael P. Thompson,* in support of the petition.

Decided September 30, 1997

## STATE OF CONNECTICUT *v.* CHRISTOPHER BERNIER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 46 Conn. App. 350 (AC 15731), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that *State* v. *Joyce,* 229 Conn. 10 (1994), requires that a search warrant be obtained to test items lawfully seized as part of an investigation into the cause and origin of a residential fire?"

The Supreme Court docket number is SC 15781.

*Timothy J. Sugrue,* executive assistant state's attorney, in support of the petition.

*A. Thomas Waterfall,* in opposition.

Decided September 30, 1997

## STATE OF CONNECTICUT *v.* PAUL SHARP

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 269 (AC 15792), is denied.

*John S. Aissi,* special public defender, in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided September 30, 1997